No. 97–634. PENNSYLVANIA DEPARTMENT OF CORRECTIONS ET AL. *v.* YESKEY. C. A. 3d Cir. [Certiorari granted, 522 U. S. 1086.] Motion of Republican Caucus of Pennsylvania House of Representatives for leave to file a brief as *amicus curiae* granted.

No. 97–689. GEISSAL, BENEFICIARY AND REPRESENTATIVE OF THE ESTATE OF GEISSAL, DECEASED *v.* MOORE MEDICAL CORP. ET AL. C. A. 8th Cir. [Certiorari granted, 522 U. S. 1086.] Motion of American Association of Retired Persons for leave to file a brief as *amicus curiae* granted. Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 97–873. UNITED STATES *v.* BALSYS. C. A. 2d Cir. [Certiorari granted, 522 U. S. 1072.] Motion of World Jewish Congress and Holocaust Survivors et al. for leave to file a brief as *amici curiae* granted.

No. 97–7385. IN RE COOPER;
No. 97–7386. IN RE COOPER;
No. 97–7387. IN RE COOPER; and
No. 97–7388. IN RE COOPER. Motions of petitioner for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioner is allowed until April 13, 1998, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 97–7821. HUTCHINS *v.* UNITED STATES. C. A. 3d Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until April 13, 1998, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 97–7947. IN RE RONDEAU;
No. 97–8005. IN RE KUKES;
No. 97–8009. IN RE CASTANEDA; and
No. 97–8057. IN RE BARRETT. Petitions for writs of habeas corpus denied.

No. 97–8376 (A–702). IN RE GRIFFIN-EL. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.